NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXTREME NETWORKS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**ENTERASYS NETWORKS, INC.,**
*Defendant-Appellant.*

---

2009-1325, -1346

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-229, Chief Judge Barbara B. Crabb.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

Enterasys Networks, Inc. moves to strike Part I of Extreme Networks, Inc.'s reply brief and to impose sanctions on Extreme. Extreme moves for leave to respond to the motion to strike, with response attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to respond to the motion to strike is granted.

(2) The motion to strike and the motion for sanctions are deferred for consideration by the merits panel assigned to hear this case. A copy of Enterasys's motion, Extreme's response, and this order shall be transmitted to the merits panel assigned to hear this case.

(3) Enterasys is directed to file six copies of its motion, and Extreme is directed to file six copies of its response, within seven days of the date of filing of this order.

FOR THE COURT

**JUN 1 8 2010**
                  Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Margaret M. Duncan, Esq.
David P. Swenson, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 8 2010**

**JAN HORBALY**
**CLERK**